Michele Ballard Miller (SBN 104198)
*mbm@millerlawgroup.com*
Claudia J. Castillo (SBN 215603)
*cjc@millerlawgroup.com*
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
KAISER FOUNDATION HOSPITALS

Curtis G. Oler (Bar No. 63689)
*c.oler@sbcglobal.net*
LAW OFFICES OF CURTIS G. OLER
Post Office Box 15083
San Francisco, California 94115
Tel. (415) 346-8015
Fax (415) 346-8238

Attorney for Plaintiff
Sheila Pierce

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHEILA PIERCE,<br><br>Plaintiff,<br><br>vs.<br><br>KAISER FOUNDATION HOSPITALS; LOCAL 29, OFFICE & PROFESSIONAL EMPLOYEES INTERNATIONAL UNION, AFL-CIO & CLC; AND DOES 1 THROUGH 25,<br><br>Defendants. | Case No.: C 09-03837 WHA<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING THE PARTIES' DEADLINE TO COMPLETE MEDIATION**<br>**WITH MODIFICATIONS** |

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
SAN FRANCISCO, CALIFORNIA

Plaintiff SHEILA PIERCE ("Plaintiff") and Defendant KAISER FOUNDATION HOSPITALS ("Defendant"), by and through their respective undersigned attorneys, hereby stipulate and agree to continue the date of the Case Management Order And Reference To ADR Unit For Mediation ("Court's Order") for the parties to complete mediation in this matter from March 4, 2010 until May 7, 2010, as set forth below.

WHEREAS, on December 3, 2009, the Court filed its Case Management Order And Reference To ADR Unit For Mediation;

WHEREAS, on December 9, 2009, the Court appointed John F. Barg as Mediator in this matter;

WHEREAS, on December 16, 2009, Plaintiff filed a First Amended Complaint adding Office & Professional Employees International Union, AFL-CIO & CLC as a defendant in this matter (Docket No. 29);

WHEREAS, on December 21, 2009, Plaintiff and Defendant participated in a conference call with Mediator John F. Barg and Plaintiff requested that the pre-mediation conference call be deferred until such date as defendant Office & Professional Employees International Union, AFL-CIO & CLC made an appearance in the case;

WHEREAS, on December 22, 2009, Defendant filed its Answer to Plaintiff's First Amended Complaint (Docket No. 22);

WHEREAS, on January 26, 2010, Plaintiff served defendant Office & Professional Employees International Union, AFL-CIO & CLC with Plaintiff's First Amended Complaint.

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
SAN FRANCISCO, CALIFORNIA

WHEREAS, on February 16, 2010, Plaintiff filed a Second Amended Complaint amending defendant's Office & Professional Employees International Union, AFL-CIO & CLC's name to "Local 29, Office & Professional Employees International Union, AFL-CIO & CLC" (Docket No. 32);

WHEREAS, defendant Local 29, Office & Professional Employees International Union, AFL-CIO & CLC has not made an appearance in this action;

WHEREAS, the parties have not previously sought to continue or extend any of the deadlines in this action related to the Case Management Order And Reference To ADR Unit For Mediation;

WHEREAS, the parties agree that defendant Local 29, Office & Professional Employees International Union, AFL-CIO & CLC is an indispensable party to this action, and that mediation of this matter would not be meaningful without the participation of Defendant Local 29, Office & Professional Employees International Union, AFL-CIO & CLC.

NOW, THEREFORE,

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, by and through their respective undersigned attorneys of record, to continue the date of the Court's Order for the parties to complete mediation in this matter from March 4, 2010 until May 7, 2010 in order to allow sufficient time for defendant Local 29, Office & Professional Employees International Union, AFL-CIO & CLC to make an appearance in this action and participate in the mediation of this case.

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
SAN FRANCISCO, CALIFORNIA

Good cause exists for this continuance of the existing date of the Court's Order for the parties to complete mediation in this matter, as set forth above.

**IT IS SO STIPULATED.**

Dated: February 17, 2010

MILLER LAW GROUP
A Professional Corporation

By: /s/
Michele Ballard Miller
Attorneys for Defendant
KAISER FOUNDATION HOSPITALS

Dated: February 17, 2010

LAW OFFICES OF CURTIS G. OLER

By: /s/
Curtis G. Oler
Attorney for Plaintiff SHEILA PIERCE

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
SAN FRANCISCO, CALIFORNIA

**ORDER**

Pursuant to stipulation, the deadline for the parties to complete mediation in this matter is extended to May 7, 2010. That said, this extension will have no effect on any of the other dates set forth in the Case Management Order. The parties are therefore on notice that "settlement efforts" will not be accepted as an excuse for failing to prepare for trial. The parties *must* prepare for trial.

**IT IS SO ORDERED.**

Dated: February 19, 2010.

The H[...]
Unite[...]ge

4820-0487-1429, v. 1

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
SAN FRANCISCO, CALIFORNIA